459 A.2d 27

Commonwealth v. Ryan, Appellant.

Submitted December 14, 1982.  John J. Fioravanti, Jr., Assistant Public Defender, for appellant;  Michael J. Kane, District Attorney, for Commonwealth, appellee.

Before HESTER, JOHNSON and POPOVICH, JJ.

Judgment of sentence is affirmed.

459 A.2d 27

Commonwealth v. Slaughter, Appellant.

Petition for Allowance of Appeal
Denied Sept. 2, 1983.

Submitted September 14, 1982.  Lawrence A. Kalikow, Assistant Public Defender, for appellant;  William A. Behe, Deputy District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, BECK and MONTEMURO, JJ.

Judgment of sentence is affirmed.